# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1546. DERRICK DAMECO BLASSINGAME v. DEKALB COUNTY GOVERNMENT et al.

The DeKalb County Public Library ("the Library") suspended Derrick Blassingame from entering its branches for six months based on his violation of its conduct policy. Blassingame challenged his suspension, but the Library's director upheld it. Blassingame then challenged the director's decision by filing in superior court a "Notice of Appeal Administrative Review." The superior court dismissed the case, and Blassingame filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), a discretionary application is required from superior court orders "reviewing decisions of . . . local administrative agencies[.]" "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Blassingame's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/25/2025

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*